


Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

**Molly Dwyer**
**Acting Clerk of Court**

(415) 355-8000

| | |
|---|---|
| **To:** | Panel and all active judges and any interested senior judges |
| **Re:** | Petition for panel rehearing and petition for rehearing en banc |
| 05-10067 | *In Re: Search Warran, et al v. ^LWRDKTS* |

Opinion Dated 1/24/08

Panel Judges:   Honorable Diarmuid F. O'SCANNLAIN, Circuit Judge

   Honorable Sidney R. THOMAS, Circuit Judge

   Honorable Richard C. TALLMAN, Circuit Judge

Date circulated to the court: March 11, 2008

**IMPORTANT:**
All requests for 5.4 notice must be made within 21 days of the circulation date.