FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 07 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-10067 |
| Plaintiff - Appellant, | D.C. No. MISC-04-234-SI |
| v. | Northern District of California, San Jose |
| COMPREHENSIVE DRUG TESTING, INC., | ORDER |
| Defendant - Appellee. | |

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION, | No. 05-15006 |
| Petitioner - Appellee, | D.C. No. CV-04-00707-JCM District of Nevada, Las Vegas |
| v. | |
| UNITED STATES OF AMERICA, | ORDER |
| Respondent - Appellant. | |

| | |
|---|---|
| In re: IN RE: SEARCH WARRANTS EXECUTED ON APRIL 8, 2004 AT CDT, INC., _____ | No. 05-55354 D.C. No. CV-04-02887-FMC Central District of California, Los Angeles |
| SEAL 1, | |
| Plaintiff - Appellant, | ORDER |

| |
|---|
| v. |
| SEAL 2, |
| Defendant - Appellee. |

Before: O'SCANNLAIN, THOMAS, and TALLMAN, Circuit Judges.

Defendant-Appellees' Procedural Motion for Permission to Exceed Page Limit for Petition for Rehearing *En Banc* is GRANTED.