**FILED**

UNITED STATES COURT OF APPEALS

APR 07 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellant,<br><br> v.<br><br>COMPREHENSIVE DRUG TESTING, INC.,<br><br>  Defendant - Appellee. | No. 05-10067<br><br>D.C. No. MISC-04-234-SI<br>Northern District of California,<br>San Jose<br><br><br>ORDER |
| MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION,<br><br>  Petitioner - Appellee,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent - Appellant. | No. 05-15006<br><br>D.C. No. CV-04-00707-JCM<br>District of Nevada,<br>Las Vegas<br><br><br>ORDER |
| In re: IN RE: SEARCH WARRANTS EXECUTED ON APRIL 8, 2004 AT CDT, INC.,<br>_____<br><br>SEAL 1,<br><br>  Plaintiff - Appellant, | No. 05-55354<br><br>D.C. No. CV-04-02887-FMC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

|  |
|---|
| v.<br><br>SEAL 2,<br><br>      Defendant - Appellee. |

Before: O'SCANNLAIN, Circuit Judge.

    Plaintiff-Appellant is directed to file a response to Appellees' Petition for Rehearing and Rehearing *En Banc* filed with this court on March 10, 2008.

    The response shall be filed within 21 days of the date of this order, and the Plaintiff-Appellant will provide this court with 50 copies.