# FILED

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

APR 30 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellant,<br>v.<br><br>COMPREHENSIVE DRUG TESTING,<br>INC.,<br><br>        Defendant - Appellee. | No. 05-10067<br><br>D.C. No. MISC-04-234-SI<br>Northern District of California,<br>San Jose |
| MAJOR LEAGUE BASEBALL<br>PLAYERS ASSOCIATION,<br><br>        Petitioner - Appellee,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent - Appellant. | No. 05-15006<br><br>D.C. No. CV-04-00707-JCM<br>District of Nevada,<br>Las Vegas |
| In re: IN RE: SEARCH WARRANTS<br>EXECUTED ON APRIL 8, 2004 AT<br>CDT, INC.,<br>_____<br><br>SEAL 1,<br>        Plaintiff - Appellant,<br>  v.<br><br>SEAL 2,<br>        Defendant - Appellee. | No. 05-55354<br><br>D.C. No. CV-04-02887-FMC<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

Before: O'SCANNLAIN, THOMAS, and TALLMAN, Circuit Judges.

United States' Unopposed Motion for Extension of Time to File Response to Petition for Rehearing and Rehearing *En Banc* is GRANTED. Any Response to Petition for Rehearing and Rehearing *En Banc* in these consolidated cases shall be filed no later than May 12, 2008.