**FILED**

UNITED STATES COURT OF APPEALS

JUL 03 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff - Appellant,<br><br>  v.<br><br>COMPREHENSIVE DRUG TESTING, INC.,<br><br>       Defendant - Appellee. | No. 05-10067<br><br>D.C. No. MISC-04-234-SI<br>Northern District of California,<br>San Jose<br><br><br>ORDER |
| MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION,<br><br>       Petitioner - Appellee,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent - Appellant. | No. 05-15006<br><br>D.C. No. CV-04-00707-JCM<br>District of Nevada,<br>Las Vegas |
| In re: IN RE: SEARCH WARRANTS EXECUTED ON APRIL 8, 2004 AT CDT, INC.,<br><br>       In Re, | No. 05-55354<br><br>D.C. No. CV-04-02887-FMC<br>Central District of California,<br>Los Angeles |

SEAL 1,

        Plaintiff - Appellant,

v.

SEAL 2,

        Defendant - Appellee.

Before: O'SCANNLAIN, THOMAS, and TALLMAN, Circuit Judges.

United States' "Unopposed Motion to Exceed the Word Limit in its Opposition to Appellees' Petition for Rehearing and Rehearing *En Banc*" is GRANTED.

Defendants-Appellees' "Motion to Require the Government to Provide Timely Notice to Appellee Major League Baseball Players Association of Any Request to Unseal Records" is DENIED without prejudice to re-filing in the district court. Judge Thomas would grant the motion.