FILED

**NOT FOR PUBLICATION**

NOV 18 2008

**UNITED STATES COURT OF APPEALS**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>   Plaintiff - Appellant,<br><br>  v.<br><br>**COMPREHENSIVE DRUG TESTING, INC.,**<br><br>   Defendant - Appellee. | No. 05-10067<br><br>D.C. No. MISC-04-234-SI<br><br><br>**ORDER** |
| **MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION,**<br><br>   Petitioner - Appellee,<br><br>  v.<br><br>**UNITED STATES OF AMERICA,**<br><br>   Respondent - Appellant. | No. 05-15006<br><br>D.C. No. CV-04-00707-JCM |

| | |
|---|---|
| **In re: SEARCH WARRANTS EXECUTED ON APRIL 8, 2004 AT CDT, INC.,**<br><br>**SEAL 1,**<br><br>          Plaintiff - Appellant,<br><br>  v.<br><br>**SEAL 2,**<br><br>          Defendant - Appellee. | No. 05-55354<br><br>D.C. No. CV-04-02887-FMC |

**KOZINSKI**, Chief Judge:

Oral argument in this en banc case will be held at 10:00 a.m. on Thursday, December 18, 2008, in Pasadena, California.

05-10067