UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Location of Hearing for the December Calendar:                    Date of Notice:

Richard H. Chambers US Court of Appeals Bldg.
125 South Grand Avenue
Pasadena, California  91105                                       November 18, 2008

☞☞  Picture ID <u>required</u> to enter Courthouse  ☜☜
All CJA Counsel call (415) 355-7873  for travel authorization

Monday, December 15, 2008    8:30 a.m.    Courtroom 1

(  ) ~     06-16873)      Smith v. ACE Ins. Co.
           06-16982)

Monday, December 15, 2008    2:00 p.m.    Courtroom 2

(  )       06-10492       United States v. Ringgold

Monday, December 15, 2008    2:00 p .m.   Courtroom 3                En Banc

(  ) +     04-75584       Sanchez v. Mukasey

Monday, December 15, 2008    4:30 p.m.    Courtroom 1

(  )       04-35182)      Baker v. Exxon Mobil Corp
           04-35183)

Tuesday, December 16, 2008    9:00 a.m.   Courtroom 1

(  ) ~     08-71249       Beaty v. Schriro

Tuesday, December 16, 2008    10:00 a.m.  Courtroom 3                En Banc

(  ) +     05-55665       Murdoch v. Castro


~ MAXIMUM ARGUMENT TIME 15 MINUTES PER SIDE
+ MAXIMUM ARGUMENT TIME 30 MINUTES PER SIDE
OTHER CASES 20 MINUTES PER SIDE
PLEASE RETURN ENCLOSED ACKNOWLEDGMENT NOTICE to CLERK'S OFFICE

[email:  pas_ca09calendar@ca9.uscourts.gov    subject:  PAS Hearing Notice]
Wireless Internet Connectivity available in the Richard H Chambers U.S. Court of Appeals Building
www.ca9.uscourts.gov

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Location of Hearing for the December Calendar:     Date of Notice:

Richard H. Chambers US Court of Appeals Bldg.
125 South Grand Avenue
Pasadena, California 91105     November 18, 2008

☞ Picture ID required to enter Courthouse ☜
All CJA Counsel call (415) 355-7873 for travel authorization

Tuesday, December 16, 2008   2:00 p.m.   Courtroom 3     En Banc

( ) +   05-30303    United States v. Hinkson

Tuesday, December 16, 2008   2:00 p.m.   Courtroom 1

( )    06-72957)   Port of Seattle, et al. v. FERC
       06-75044)

Wednesday, December 17, 2008   9:00 a.m.   Courtroom 1

( ) *   06-56454    Dawson v. Marshall

Wednesday, December 17, 2008   10:00 a.m.   Courtroom 3     En Banc

( ) +   06-15614    Richter v. Hickman

Wednesday, December 17, 2008   2:00 p.m.   Courtroom 3     En Banc

( ) +   05-50375    United States v. Smith

Thursday, December 18, 2008   10:00 a.m.   Courtroom 3     En Banc

( ) +   05-10067)   United States v. Comprehensive Drug Testing
       05-15006)    05-55354)

* MAX ARGUMENT TIME 10 MINS/SIDE ~ MAX ARGUMENT TIME 15 MINS/SIDE
+ MAXIMUM ARGUMENT TIME 30 MINUTES PER SIDE
OTHER CASES 20 MINUTES PER SIDE
PLEASE RETURN ENCLOSED ACKNOWLEDGMENT NOTICE to CLERK'S OFFICE

[email: pas_ca09calendar@ca9.uscourts.gov   subject: PAS Hearing Notice]
Wireless Internet Connectivity available in the Richard H Chambers U.S. Court of Appeals Building
www.ca9.uscourts.gov