OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Return Notice To:  **OFFICE OF THE CLERK**
**Richard H. Chambers U.S. Court of Appeals Building**
**125 SOUTH GRAND AVENUE**
**PASADENA, CA 91105**
**Phone: (626) 229-7250**
**Fax (626) 229-7462    [Cir R 25-3.1]**

[email: pas_ca09calendar@ca9.uscourts.gov    Subject: PAS Hearing Notice]

## ACKNOWLEDGMENT OF HEARING NOTICE

ATTENTION:  Calendar Clerk                         Date:_____

I acknowledge receipt of notice of assignment showing my case:

No._____

Title:_____

assigned for hearing:

Date:_____ Time:_____ Courtroom:_____

Location:_____

Counsel to Argue:  Name:_____

Address:_____

Phone:_____ Fax: _____

Email:_____

Party(s) Represented:_____

Please indicate any special needs you may require in the courtroom:

_____

NOTE:    In the event that argument is to be presented "in pro per", please place party's name, address and telephone number in the space provided for counsel.

☛Please submit a separate Notice of Appearance to the Clerk's Office for all counsel who have not entered an appearance in the above referenced case(s).

### ADMISSION STATUS
(To Be Completed by Attorneys Only)

( )    I certify that I am admitted to practice before this Court

( )    I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission.  ( forms available online )

Date:_____ Signature:_____

www.ca9.uscourts.gov