FILED

NOT FOR PUBLICATION

DEC 15 2008

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff - Appellant, <br><br> v. <br><br> **COMPREHENSIVE DRUG TESTING, INC.,** <br><br> Defendant - Appellee. | No. 05-10067 <br><br> D.C. No. MISC-04-234-SI <br><br> **ORDER** |
| **MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION,** <br><br> Petitioner - Appellee, <br><br> v. <br><br> **UNITED STATES OF AMERICA,** <br><br> Respondent - Appellant. | No. 05-15006 <br><br> D.C. No. CV-04-00707-JCM |
| **IN RE: SEARCH WARRANTS EXECUTED ON APRIL 8, 2004 AT CDT, INC.,** <br><br> ──────────────── <br><br> **SEAL 1,** | No. 05-55354 <br><br> D.C. No. CV-04-02887-FMC |

page 2

>           Plaintiff - Appellant,
>
>    v.
>
> **SEAL 2,**
>
>           Defendant - Appellee.

**KOZINSKI,** Chief Judge:

   The United States's motion to seal is granted. The Notice of Filing of Amended Certification Pursuant to 18 U.S.C. § 3731 shall be filed and maintained under seal.