**FILED**

**NOT FOR PUBLICATION**

MAY 19 2009

**UNITED STATES COURT OF APPEALS**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>**COMPREHENSIVE DRUG TESTING, INC.,**<br><br>        Defendant - Appellee. | No. 05-10067<br><br>D.C. No. MISC-04-234-SI<br><br>**ORDER** |
| **MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION,**<br><br>        Petitioner - Appellee,<br><br> v.<br><br>**UNITED STATES OF AMERICA,**<br><br>        Respondent - Appellant. | No. 05-15006<br><br>D.C. No. CV-04-00707-JCM |
| **IN RE: SEARCH WARRANTS EXECUTED ON APRIL 8, 2004 AT CDT, INC.,**<br><br>        In Re, | No. 05-55354<br><br>D.C. No. CV-04-02887-FMC |

page 2

| |
|---|
| **SEAL 1,** |
|        Plaintiff - Appellant, |
| v. |
| **SEAL 2,** |
|        Defendant - Appellee. |

**KOZINSKI**, Chief Judge:

    Appellee's motion to lodge pleadings under seal is granted. 9th Cir. R. 27-13.