FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 02 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff - Appellant, v. **COMPREHENSIVE DRUG TESTING, INC.**, Defendant - Appellee. | No. 05-10067 D.C. No. MISC-04-234-SI **ORDER** |
| **MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION**, Petitioner - Appellee, v. **UNITED STATES OF AMERICA**, Respondent - Appellant. | No. 05-15006 D.C. No. CV-04-00707-JCM |

| | |
|---|---|
| IN RE: SEARCH WARRANTS EXECUTED ON APRIL 8, 2004 AT CDT, INC., <br><br> In Re, <br><br>——— <br><br> **SEAL 1**, <br><br>      Plaintiff - Appellant, <br><br> v. <br><br> **SEAL 2**, <br><br>      Defendant - Appellee. | No. 05-55354 <br><br> D.C. No. CV-04-02887-FMC |

**KOZINSKI**, Chief Judge:

The motion to stay the mandate pending the filing of a timely petition for certiorari is granted. See Fed. R. App. P. 41(d)(2).