ORIGINAL

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SEP 0 8 2009

FILED_____
DOCKETED_____
DATE    INITIAL

| | |
|---|---|
| United States of America,<br>*Plaintiff-Appellant,*<br><br>v.<br><br>Comprehensive Drug Testing, Inc.<br>*Defendant-Appellee.* | No. 05-10067 |
| Major League Baseball Players Association,<br>*Petitioner-Appellee,*<br><br>v.<br><br>United States of America,<br>*Respondent-Appellant.* | No. 05-15006 |
| In Re: Search Warrants Executed<br>on April 8, 2004 at CDT Inc. | No. 05-55354 |

**NON-PARTY MOVANT'S NOTICE OF PENDING MOTION**

Non-Party Journalist Joshua A. Gerstein ("Movant") hereby gives

notice that Movant's Motion to Unseal filed November 23, 2005 in the

above-captioned cases remains pending before this Court.

-1-

-2-

Movant's Motion was initially resolved by the panel opinion filed in these consolidated cases. See United States v. Comprehensive Drug Testing, Inc. ("CDT"), 513 F. 3d 1085, 1141 (9th Cir. 2008). See also Id. at 1148-49, (THOMAS, J., concurring in part, and dissenting in part on other grounds).

However, in a subsequent order granting rehearing en banc, the Court appeared to vacate or withdraw the earlier panel opinion. See U.S. v. CDT, 545 F. 3d 1106 (9th Cir. 2008).

The Court's en banc opinion recently issued in these cases does not address Movant's Motion to Unseal. See U.S. v. CDT, ___ F 3d. ___, 2009 WL 2605378 (9th Cir. August 26, 2009) (en banc).

In light of the foregoing, Movant prays that this Court grant or otherwise act upon his Motion, which has now been pending for nearly four years.

                                                    Respectfully Submitted,

                                                    Joshua A. Gerstein
                                                    3108 Circle Hill Road
                                                    Alexandria, VA 22305
                                                    Tel. (703) 980-5029
                                                    Fax. (415) 449-3551
                                                    Non- Party Movant, Pro Se

                                                    Date: September 4, 2009

## PROOF OF SERVICE

The undersigned hereby certifies that on the date noted below the attached notice was served by sending a true copy thereof via First-Class Mail to the offices of each of the following counsel at their address of record:

Mr. Elliot R. Peters, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Mr. Ethan R. Balogh, Esq.
Coleman & Balogh
225 Bush Street, Suite 1600
San Francisco, CA 94104

Mr. David P. Bancroft, Esq.
Sideman & Bancroft, LLP
One Embarcadero Center, Eighth Floor
San Francisco, CA 94111

Ms. Erika R. Frick, Esq.
Mr. Joseph L. Wilson, Esq.
Office of the U.S. Attorney
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102

Mr. Gary C. Moss, Esq.
3930 Howard Hughes Pkwy.,
Suite 170
Las Vegas, NV 89101

Mr. Ronald G. Russo, Esq.
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY 10005

Since two of the three docket sheets in these consolidated appeals remain under seal and the Clerk has refused Movant access to the pleadings in all of the cases, Movant cannot be certain that this list reflects all counsel of record in the cases. However, Movant is prepared to make any additional service the Court may deem necessary.

Joshua A. Gerstein
September 4, 2009