Form 10. Bill of Costs ..................................................................................................(Rev. 1-1-05)

# United States Court of Appeals for the Ninth Circuit

## BILL OF COSTS

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with 9th Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and 9th Circuit Rule 39-1 when preparing your bill of costs.

United States of America    v.    Comprehensive Drug Testing, Inc.    9th Cir. No. 05-10067

The Clerk is requested to tax the following costs against: United States of America

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, 9th Cir. R. 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page** | TOTAL COST | No. of Docs.* | Pages per Doc. | Cost per Page** | TOTAL COST |
| Excerpt of Record | 450 | 256 | $ 0.1 | $ 11,520 | | | $ | $ |
| Opening Brief | | | $ | $ | | | $ | $ |
| Answering Brief | 30 | 58 | $ 0.1 | $ 174 | | | $ | $ |
| Reply Brief | | | $ | $ | | | $ | $ |
| Other | | | $ | $ 546 | | | $ | $ |
| | | | TOTAL: | $ 12,240 | | | TOTAL: | $ |

**Form 10. Bill of Costs -** *Continued*

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

I, David J. Silbert, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature /s/David J. Silbert

Date Sep 9, 2009

Name of Counsel: David J. Silbert

Attorney for: Major League Baseball Players Association

(To Be Completed by the Clerk)

Date

Costs are taxed in the amount of $

Clerk of Court

By: , Deputy Clerk

# EXHIBIT A

**FILED**

**NOT FOR PUBLICATION**

OCT 22 2008

**UNITED STATES COURT OF APPEALS**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>COMPREHENSIVE DRUG TESTING, INC.,<br><br>        Defendant - Appellee. | No. 05-10067<br><br>D.C. No. MISC-04-234-SI<br><br>**ORDER** |
| MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION,<br><br>        Petitioner - Appellee,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent - Appellant. | No. 05-15006<br><br>D.C. No. CV-04-00707-JCM |

| | |
|---|---|
| In re: SEARCH WARRANTS EXECUTED ON APRIL 8, 2004 AT CDT, INC., <br><br> SEAL 1, <br><br>  Plaintiff - Appellant, <br><br> v. <br><br> SEAL 2, <br><br>  Defendant - Appellee. | No. 05-55354 <br><br> D.C. No. CV-04-02887-FMC |

**KOZINSKI**, Chief Judge:

En banc oral argument will take place during the week of December 15, 2008, in Pasadena, California. The date and time will be set by separate order.

Within seven days from the date of this order, the parties shall forward to the Clerk of Court thirty additional copies of the original briefs and excerpts of record.

# EXHIBIT B



**Golden State LEGAL**
Your Trusted Source for Litigation Support!

INVOICE

| Date | Invoice # |
|---|---|
| 10/24/2008 | 24136 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

Bill To:
Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

| Billing # | Contact |
|---|---|
| MLBPA | Aaron Madfes |

| QTY | Description | Rate | Amount |
|---|---|---|---|
| | Follow Detailed Special Instructions from Provided Index | | |
| | *** 30 SETS *** | | |
| 116,700 | Litigation Copies | 0.15 | 17,505.00T |
| | Insert Tabs into Copies | | |
| 2,010 | Tabs Inserted | 0.45 | 904.50T |
| | White Cardstock Covers | | |
| 480 | GBC Binds | 2.50 | 1,200.00T |
| 16 | GBC Re-binds | 1.50 | 24.00T |
| | Insert Copies into Envelopes as Originals | | |
| | Tape Cover Page & Seal | | |
| 480 | Catalog Envelopes | 0.75 | 360.00T |
| 24 | Labor Hours to assemble envelopes | 65.00 | 1,560.00 |
| | Due Monday 10/27/08 1:00 P.M. | | |
| | | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |

| | Sales Tax (8.5%) | $1,699.45 |
|---|---|---|
| Received By: | **Total** | $23,252.95 |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

# EXHIBIT C



207 S. Broadway Avenue | 6th Floor | Los Angeles | CA 90012

KEKER & VAN NEST LLP
633 BATTERY
SAN FRANCISCO CA 94111
415 391-5400

| Invoice # | Customer # |
|---|---|
| 301906 | 30116 |
| | $546.00 |
| Invoice Date | Total Invoice |

Nationwide Legal, Inc.
For Billing Inquires Call
(213)625-9100/Gonzalo Ponce
Tax ID# 20-8284527

✂ ---------- Cut here and return with payment ----------

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 30116 | 301906 | | $546.00 | |

| Date | Job No. | Svc. Type | | | Breakdown | | Total |
|---|---|---|---|---|---|---|---|
| 10/27/08 | 3034218 | HTD | KEKER & VAN NEST LLP<br>633 BATTERY<br>SAN FRANCISCO CA 94111<br>Reference: MLBPA | 9CC US COURT OF APPEALS-SAN FRANCIS<br>95 SEVENTH STREET<br>SAN FRANCISCO CA 94103 | Base Chg :<br>Wait Time :<br>Weight : | 48.00<br>48.00<br>450.00 | |
| | | | | | | | $546.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | Total ▶ $546.00 |

INVOICE PAYMENT DUE UPON RECEIPT