# United States Court of Appeals
## for the
## Ninth Circuit

NOS. 05-10067, 05-15006 & 05-55354

IN RE: GRAND JURY SUBPOENA DATED MAY 6, 2004

SEAL 1,

*Defendant-Appellant,*

v.

SEAL 2,

*Plaintiffs-Appellees.*

**JOINDER IN RESPONSE TO NON-PARTY'S NOTICE
RE PENDING MOTION TO UNSEAL RECORDS**

DAVID P. BANCROFT (SBN 52106)
*dbancroft@sideman.com*
JEFFREY C. HALLAM (SBN 161259)
*jhallam@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

*Attorneys for Plaintiff-Appellee,*
COMPREHENSIVE DRUG TESTING, INC.

Comprehensive Drug Testing, Inc., Plaintiff-Appellee in this action, hereby joins in the Response to Non-Party's Notice Re Pending Motion to Unseal Court Records, as filed by Plaintiff-Appellee, Major League Baseball Players Association on September 10, 2009.

DATED: September 11, 2009   Respectfully submitted,

SIDEMAN & BANCROFT LLP

By: */s/ Jeffrey C. Hallam*
     Jeffrey C. Hallam
Attorneys for *Plaintiff-Appellee,*
COMPREHENSIVE DRUG TESTING, INC.

6006\846056v1

1

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(c) and 27(d), and Circuit Rule 27-1, I hereby certify that *Plaintiff-Appellee* COMPREHENSIVE DRUG TESTING, INC.'s **JOINDER IN RESPONSE TO NON-PARTY'S NOTICE RE PENDING MOTION TO UNSEAL RECORDS**, filed with this Court on **September 11, 2009**, is proportionately spaced in 14-point Times New Roman typeface and contains 36 words. Together with this Certificate of Compliance, which is proportionately spaced in 14-point Times New Roman typeface and contains 96 words, COMPREHENSIVE DRUG TESTING, INC.'s complete filing on this Joinder contains 132 words.

Executed on September 11, 2009, at San Francisco, California.


                                                    */s/ Susie M. Arzave*
                                                    SUSIE M. ARZAVE

## **CERTIFICATE OF RELATED CASES**

Counsel is not aware of any related cases pending before this Court.

DATED: September 11, 2009       Respectfully submitted,

SIDEMAN & BANCROFT LLP


By: */s/ Jeffrey C. Hallam*
  Jeffrey C. Hallam
Attorneys for *Plaintiff-Appellee,*
COMPREHENSIVE DRUG TESTING, INC.

**PROOF OF SERVICE**

I, SUSIE M. ARZAVE, certify that, on **September 11, 2009**, I filed electronically a copy of this **JOINDER IN RESPONSE TO NON-PARTY'S NOTICE RE PENDING MOTION TO UNSEAL COURT RECORDS** with the Clerk of the Court for the Unitesd States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system, and that Assisted United States Attorneys J. Douglas Wilson and Barbara Valiere, and Elliot R. Peters, David J. Silbert and Ethan A. Balogh, the parties to whom I am required to provide service, are registered CM/ECF users and that service of this Joinder in Response to Non-Party's Notice Re Pending Motion to Unseal Court Records shall be accomplished by the appellate CM/ECF system. I further certify that I caused today to be sent by United States mail a copy of this Response to Non-Party's Notice re Pending Motion to Unseal Court Records to:

Joshua A. Gerstein
108 Circle Hill Road
Alexandria, VA  22305


Dated:   September 11, 2009            <u>    */s/ Susie M. Arzave*    </u>
                                              SUSIE M. ARZAVE

4