**FILED**

**NOT FOR PUBLICATION**

NOV 04 2009

**UNITED STATES COURT OF APPEALS**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> **COMPREHENSIVE DRUG TESTING, INC.**, <br><br> Defendant - Appellee. | No. 05-10067 <br><br> D.C. No. MISC-04-234-SI <br><br> **ORDER** |
| **MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION**, <br><br> Petitioner - Appellee, <br><br> v. <br><br> **UNITED STATES OF AMERICA**, <br><br> Respondent - Appellant. | No. 05-15006 <br><br> D.C. No. CV-04-00707-JCM |
| **IN RE: SEARCH WARRANTS EXECUTED ON APRIL 8, 2004 AT CDT, INC.**, <br><br> In Re, | No. 05-55354 <br><br> D.C. No. CV-04-02887-FMC |

page 2

| |
|---|
| **SEAL 1**, <br><br>         Plaintiff - Appellant, <br><br> v. <br><br> **SEAL 2**, <br><br>         Defendant - Appellee. |

**KOZINSKI**, Chief Judge:

By November 25, 2009, the parties shall file simultaneous briefs addressing whether this case should be reheard en banc by the full court.