# EXHIBIT B

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 02 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>COMPREHENSIVE DRUG TESTING, INC.,<br><br>　　　　Defendant - Appellee. | No. 05-10067<br><br>D.C. No. MISC-04-234-SI<br><br>**ORDER** |

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION,<br><br>　　　　Petitioner - Appellee,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent - Appellant. | No. 05-15006<br><br>D.C. No. CV-04-00707-JCM |

| IN RE: SEARCH WARRANTS EXECUTED ON APRIL 8, 2004 AT CDT, INC., | No. 05-55354 |
| --- | --- |
| In Re, | D.C. No. CV-04-02887-FMC |
| SEAL 1, Plaintiff - Appellant, | |
| v. | |
| SEAL 2, Defendant - Appellee. | |

**KOZINSKI**, Chief Judge:

The motion to stay the mandate pending the filing of a timely petition for certiorari is granted. See Fed. R. App. P. 41(d)(2).