**FILED**

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

NOV 12 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> **COMPREHENSIVE DRUG TESTING, INC.**, <br><br> Defendant - Appellee. | No. 05-10067 <br><br> D.C. No. MISC-04-234-SI <br><br> **ORDER** |
| **MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION**, <br><br> Petitioner - Appellee, <br><br> v. <br><br> **UNITED STATES OF AMERICA**, <br><br> Respondent - Appellant. | No. 05-15006 <br><br> D.C. No. CV-04-00707-JCM |
| **IN RE: SEARCH WARRANTS EXECUTED ON APRIL 8, 2004 AT CDT, INC.**, <br><br> In Re | No. 05-55354 <br><br> D.C. No. CV-04-02887-FMC |

**SEAL 1**,

        Plaintiff - Appellant,

v.

**SEAL 2**,

        Defendant - Appellee.

**KOZINSKI**, Chief Judge:

The government has moved to further stay the mandate "through the disposition of [this court's] consideration whether to grant en banc review and its en banc consideration of the case or, if [this court] denies en banc review, through the expiration of the time for filing a petition for a writ of certiorari, or, if a petition is filed, the disposition of such a petition for a writ of certiorari." Quite a mouthful, and wholly unnecessary. I have already stayed the mandate through the time for filing a timely petition for certiorari. What qualifies as timely is between the government and a higher authority. See Sup. Ct. R. 13.

    **DENIED.**