UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 28 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>COMPREHENSIVE DRUG TESTING, INC.,<br><br>        Defendant - Appellee. | No. 05-10067<br><br>D.C. No. MISC-04-234-SI<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |
| MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION,<br><br>        Petitioner - Appellee,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent - Appellant. | No. 05-15006<br><br>D.C. No. CV-04-00707-JCM<br>U.S. District Court for Nevada, Las Vegas |
| In re: IN RE: SEARCH WARRANTS EXECUTED ON APRIL 8, 2004 AT CDT, INC.,<br><br>        In Re, | No. 05-55354<br><br>D.C. No. CV-04-02887-FMC<br>U.S. District Court for Central |

| | |
|---|---|
| SEAL 1,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>SEAL 2,<br><br>        Defendant - Appellee. | California, Los Angeles |

The judgment of this Court, entered September 13, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                FOR THE COURT:

                                                Molly C. Dwyer<br>
                                                Clerk of Court

                                                Gabriela Van Allen<br>
                                                Deputy Clerk